ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK J. BURGESS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.; NBS DEFAULT SERVICES, LLC; LPS DEFAULT TITLE & CLOSING; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO.: 2:17-cv-01059-KJM-AC<br><br>[The Honorable Kimberly J. Mueller]<br><br>**ORDER ON JOINT STIPULATION TO REMAND CASE TO STATE COURT** |

After consideration of the Stipulation of plaintiff Derek J. Burgess ("Plaintiff"), and defendant Wells Fargo Bank N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), by and through their respective counsel of record, and good cause appearing therefor, the Court ORDERS as follows:

1. The parties' Stipulation to remand the instant action back to the State Court (Case No. STK-CV-URP-2017-4454) is GRANTED;
2. All pending hearing dates for this matter are vacated;
3. Each shall bear its own attorneys' fees and costs associated with the removal and remand; and

4. Wells Fargo shall have 30 days to respond to the Complaint once the action is formally remanded to the Superior Court of California, County of San Joaquin.

DATED: August 3, 2017

_____
UNITED STATES DISTRICT JUDGE